IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| GREGORY ANDERSON, | ) | |
| Plaintiff, | ) | 2:17-CV-01492-CRE |
| vs. | ) | |
| ONE THREE FIVE, INC., | ) | |
| Defendant, | ) | |

**ORDER**

AND NOW, this 12th day of July, 2018, for the reasons set forth in the accompanying Memorandum Opinion,

IT IS HEREBY ORDERED that the motion to dismiss Plaintiff Gregory Anderson's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by One Three Five, Inc., d/b/a Blush Gentlemen's Club and Sports Bar (ECF No. 10) is DENIED.

IT IS FURTHER ORDERED that Defendant file an answer on or before **July 26, 2018.**

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: all registered counsel via CM-ECF